**Southern Daniel PERRY and Pamela Perry, Appellants,**

v.

**James F. NOVOTNY and Betty Novotny, Respondents.**

**No. ED 83164.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

June 29, 2004.

Brian J. McNamara, Farmington, MO, for appellant.

Breeze, Kister, Roberts, Ponder–Bates & Zimmer, Festus, MO, for respondent.

Before SHERRI B. SULLIVAN, C.J., CLIFFORD H. AHRENS, J., and LAWRENCE G. CRAHAN, J.

*ORDER*

PER CURIAM.

Daniel Perry and Pamela Perry ("Perrys") appeal from the judgment of the trial court which quieted title to properties owned by the Perrys and by their neighbors James Novotny and Betty Novotny ("Novotnys") and setting the boundaries of the respective properties according to the survey of October 15, 1998, done by Zahner & Associates. The Perrys contend that the trial court's judgment was against the weight of the evidence.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).